■ Amos Marvel, Respondent, v County of Erie, Appellant. (Appeal No. 1.) [762 NYS2d 332] —Appeal from an order of Supreme Court, Erie County (Kloch, Sr., J.), entered April 22, 2002, which denied defendant's motion to set aside a jury verdict.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see Smith v Catholic Med. Ctr.,* 155 AD2d 435 [1989]; *see also* CPLR 5501 [a] [1]). Present—Pigott, Jr., P.J., Pine, Hurlbutt, Burns and Lawton, JJ.